UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHARNJIT SINGH,

Plaintiff,

vs.

Case No.: 2:11-cv-01547-JLL -CCC

NCO FINANCIAL SYSTEMS, INC.,

Defendant.
_____/

CLOSED

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action submit this Joint Stipulation of Dismissal with prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: May 9, 2011                                    Respectfully submitted,

/s Andrew I. Glenn                                    /s Aaron R. Easley
Andrew I. Glenn, Esq.                                 Aaron R. Easley, Esq.
E-mail: AGlenn@cardandglenn.com                       SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
New Jersey Bar No.: 026491992                         200 Route 31 North, Suite 203
Card & Glenn, P.A.                                    Flemington, NJ 08822
The Five Corners Building                             Telephone No.: (908) 751-5940
660 Newark Avenue, Floor 3                            Facsimile No.: (908) 751-5944
Jersey City, NJ 07306                                 aeasley@sessions-law.biz
Telephone: (201) 254-5009                             Attorneys for Defendant
Facsimile: (201)643-5959                              NCO Financial Systems, Inc.
Attorneys for Plaintiff

SO ORDERED: [signature]
DATED: 5-10-11

1